UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JAMES A. DALTON,

        Plaintiff,

v.                                                    Case No. 1:11-cv-1274
                                                      Hon. Hugh W. Brenneman, Jr.
COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/


## **<u>JUDGMENT</u>**

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

        **IT IS SO ORDERED.**


Dated:  March 19, 2013                    <u>/s/ Hugh W. Brenneman, Jr.</u>
                                          HUGH W. BRENNEMAN, JR.
                                          United States Magistrate Judge