UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JAMES A. DALTON,

        Plaintiff,

v.                                                                    Case No. 1:11-cv-1274
                                                                       Hon. Hugh W. Brenneman, Jr.
COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/


## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

        **IT IS SO ORDERED.**


Dated:  March 19, 2013                          /s/ Hugh W. Brenneman, Jr.
                                                                 HUGH W. BRENNEMAN, JR.
                                                                 United States Magistrate Judge